UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

THOMAS HUNT                                                CIVIL ACTION

VERSUS                                                     NO. 09-6055

R & R MARINE HOLDINGS, L.L.C.,                             SECTION "N" (4)
et al.

### ORDER

Before the Court is Defendant's Motion for Summary Judgment (Rec. Doc. 36), which is opposed by Plaintiff. (See Rec. Doc. 45). After considering the memoranda filed by the Parties (including the Reply at Rec. Doc. 50), the evidence and exhibits attached thereto, and the applicable law,

**IT IS ORDERED** that the **Motion for Summary Judgment (Rec. Doc. 36)** is **DENIED**. There are genuine issues of materials fact, including but not limited to whether the location of the barges was reasonable for mooring and whether a second deckhand should have been summoned to assist with the mooring task, which preclude summary judgment at this time.

New Orleans, Louisiana, this 9th day of August 2011.

_____
KURT D. ENGELHARDT
United States District Judge