UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THOMAS HUNT** | **CIVIL ACTION** |
| **VERSUS** | **NO:   09-6055** |
| **MARQUETTE TRANSPORTATION COMPANY GULF-INLAND, LLC** | **SECTION: "N" (4)** |

## ORDER

The Court, having considered the record, the applicable law, and the Report and Recommendation of the United States Magistrate Judge, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Marquette Transportation Company Gulf-Inland, LLC's **Motion for Adverse Inference (Rec. Doc. 41)** is **DENIED.**

New Orleans, Louisiana, this 6th day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE

